15-cv-6739

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
JEREMY IMPELLIZZERI

(b) County of Residence of First Listed Plaintiff: SUFFOLK
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
BARSHAY SANDERS, PLLC
100 Garden City Plaza, Ste 500, Garden City, NY 11530
(516) 203-7600

## DEFENDANTS
PENNCRO ASSOCIATES, INC.

County of Residence of First Listed Defendant: BUCKS
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ○ 1 U.S. Government Plaintiff
- ● 3 Federal Question *(U.S. Government Not a Party)*
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ○ 1 | ○ 1 | Incorporated *or* Principal Place of Business In This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated *and* Principal Place of Business In Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ○ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ○ 625 Drug Related Seizure of Property 21 USC 881 | ○ 422 Appeal 28 USC 158 | ○ 375 False Claims Act |
| ○ 120 Marine | ○ 310 Airplane / ○ 365 Personal Injury - Product Liability | ○ 690 Other | ○ 423 Withdrawal 28 USC 157 | ○ 400 State Reapportionment |
| ○ 130 Miller Act | ○ 315 Airplane Product Liability / ○ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ○ 410 Antitrust |
| ○ 140 Negotiable Instrument | ○ 320 Assault, Libel & Slander | | ○ 820 Copyrights | ○ 430 Banks and Banking |
| ○ 150 Recovery of Overpayment & Enforcement of Judgment | ○ 330 Federal Employers' Liability / ○ 368 Asbestos Personal Injury Product Liability | | ○ 830 Patent | ○ 450 Commerce |
| ○ 151 Medicare Act | ○ 340 Marine | | ○ 840 Trademark | ○ 460 Deportation |
| ○ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ○ 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ○ 470 Racketeer Influenced and Corrupt Organizations |
| ○ 153 Recovery of Overpayment of Veteran's Benefits | ○ 350 Motor Vehicle / ○ 370 Other Fraud | ○ 710 Fair Labor Standards Act | ○ 861 HIA (1395ff) | ● 480 Consumer Credit |
| ○ 160 Stockholders' Suits | ○ 355 Motor Vehicle Product Liability / ○ 371 Truth in Lending | ○ 720 Labor/Management Relations | ○ 862 Black Lung (923) | ○ 490 Cable/Sat TV |
| ○ 190 Other Contract | ○ 360 Other Personal Injury / ○ 380 Other Personal Property Damage | ○ 740 Railway Labor Act | ○ 863 DIWC/DIWW (405(g)) | ○ 850 Securities/Commodities/Exchange |
| ○ 195 Contract Product Liability | ○ 362 Personal Injury - Medical Malpractice / ○ 385 Property Damage Product Liability | ○ 751 Family and Medical Leave Act | ○ 864 SSID Title XVI | ○ 890 Other Statutory Actions |
| ○ 196 Franchise | | ○ 790 Other Labor Litigation | ○ 865 RSI (405(g)) | ○ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ○ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ○ 893 Environmental Matters |
| ○ 210 Land Condemnation | ○ 440 Other Civil Rights / **Habeas Corpus:** | | ○ 870 Taxes (U.S. Plaintiff or Defendant) | ○ 895 Freedom of Information Act |
| ○ 220 Foreclosure | ○ 441 Voting / ○ 463 Alien Detainee | | ○ 871 IRS—Third Party 26 USC 7609 | ○ 896 Arbitration |
| ○ 230 Rent Lease & Ejectment | ○ 442 Employment / ○ 510 Motions to Vacate Sentence | | | ○ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ○ 240 Torts to Land | ○ 443 Housing/Accommodations / ○ 530 General | | | ○ 950 Constitutionality of State Statutes |
| ○ 245 Tort Product Liability | ○ 445 Amer. w/Disabilities - Employment / ○ 535 Death Penalty | **IMMIGRATION** | | |
| ○ 290 All Other Real Property | / **Other:** | ○ 462 Naturalization Application | | |
| | ○ 446 Amer. w/Disabilities - Other / ○ 540 Mandamus & Other | ○ 465 Other Immigration Actions | | |
| | ○ 448 Education / ○ 550 Civil Rights | | | |
| | / ○ 555 Prison Condition | | | |
| | / ○ 560 Civil Detainee Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ● 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from Another District *(specify)*
- ○ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 15 USC §1692

Brief description of cause: Fair Debt Collection Practices Act Violation

## VII. REQUESTED IN COMPLAINT:
○ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $1000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ● Yes ○ No

## VIII. RELATED CASE(S) IF ANY *(See instructions)*:
JUDGE _____ DOCKET NUMBER _____

DEC 21 2015

DATE: December 7, 2015
SIGNATURE OF ATTORNEY OF RECORD

S.T.

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 7 Shamrock Road, ROCKY POINT, New York 11778

Address of Defendant: 95 James Way # 113, SOUTHAMPTON, Pennsylvania 18966

Place of Accident, Incident or Transaction: _____
(*Use Reverse Side For Additional Space*)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes ☐   No ☒

Does this case involve multidistrict litigation possibilities?    Yes ☐   No ☒

*RELATED CASE, IF ANY*:
Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes ☐   No ☒
2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes ☐   No ☒
3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes ☐   No ☒
4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes ☐   No ☒

CIVIL: (Place ✓ in ONE CATEGORY ONLY)

A. *Federal Question Cases*:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
2. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    Please specify) FDCPA 15 U.S.C. 1692

B. *Diversity Jurisdiction Cases*:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify) _____

ARBITRATION CERTIFICATION
(*Check Appropriate Category*)
I, Melissa A. Pirillo, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: December 7, 2015    _____    314730
                            Attorney-at-Law     Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: December 7, 2015    _____    314730
                            Attorney-at-Law     Attorney I.D.#

CIV. 609 (5/2012)

DEC 21 2015

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

Jeremy Impellizzeri                                : CIVIL ACTION
                                                   :
                     v.                            : NO. 15   6739
                                                   :
Penncro Associates, Inc.                           :

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                                ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                                      ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.          ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                                                                                ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management
    by the court. (See reverse side of this form for a detailed explanation of special
    management cases.)                                                                                   ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.                      (X)

| December 7, 2015 | /s/ Attorney-at-law | PLAINTIFF |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| (516) 203-7600 | (516) 282-7878 | mpirillo@sanderslawpllc.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

DEC 21 2015



BARSHAY SANDERS, PLLC
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
Email: *ConsumerRights@BarshaySanders.com*
*Attorneys for Plaintiff*
Our File No.: 109845



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMY IMPELLIZZERI,<br><br>Plaintiff,<br><br>vs.<br><br>PENNCRO ASSOCIATES, INC.,<br><br>Defendant. | Docket No: **15 6739**<br>**COMPLAINT**<br><br>JURY TRIAL DEMANDED |

JEREMY IMPELLIZZERI (hereinafter referred to as "*Plaintiff*"), by and through the undersigned counsel, complains, states and alleges against PENNCRO ASSOCIATES, INC. (hereinafter referred to as "*Defendant*"), as follows:

### INTRODUCTION

1. This action seeks to recover for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, ("FDCPA").

### JURISDICTION AND VENUE

2. This Court has federal subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d).

3. This Court has personal jurisdiction over Defendant because Defendant maintains its principal place of business in Pennsylvania.

4. Venue is proper under 28 U.S.C. §1391(b) because Defendant resides in this Judicial District and/or because a substantial part of the events or omissions giving rise to this claim occurred in this Judicial District.

1

5. At all relevant times, Defendant conducted business within the State of Pennsylvania.

## PARTIES

6. Plaintiff is an individual who is a citizen of the State of New York.

7. Plaintiff, a "consumer" as defined by 15 U.S.C. § 1692a(3), is allegedly obligated to pay a debt.

8. On information and belief, Defendant's principal place of business is located in Southhampton, Pennsylvania.

9. Defendant is regularly engaged, for profit, in the collection of debts allegedly owed by consumers.

10. Defendant is a person who uses an instrumentality of interstate commerce or the mails in a business the principal purpose of which is the collection of debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another, and is therefore a "debt collector" as defined by 15 U.S.C. § 1692a(6).

## ALLEGATIONS

11. Plaintiff's alleged debt was primarily for personal, family or household purposes and is therefore a "debt" as defined by 15 U.S.C. § 1692a(5).

12. Sometime after the incurrence of the debt, but before the initiation of this action, Plaintiff is alleged to have fallen behind on payments allegedly owed on the alleged debt.

13. At a time known only to Defendant, Plaintiff's alleged debt was assigned or otherwise transferred to Defendant for collection.

14. In its efforts to collect the alleged debt, Defendant contacted Plaintiff by written correspondence. ("Exhibit 1.")

15. Defendant's written correspondence to Plaintiff is a "communication" as defined by 15 U.S.C. § 1692a(2).

16. As set forth in the following Counts, Defendant's communication violated the FDCPA.

### FIRST COUNT
### Violation of 15 U.S.C. § 1692f
### Disclosure of Plaintiff's Account Number

17. Plaintiff repeats and realleges the foregoing paragraphs as if fully restated herein.

18. 15 U.S.C. § 1692f provides a debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt.

19. 15 U.S.C. § 1692f(8) limits the language and symbols that a debt collector may place on envelopes it sends to consumers.

20. 15 U.S.C. § 1692f(8) prohibits a debt collector from using any language or symbols on the envelope, other than the debt collector's address, when communicating with a consumer by mail, except that a debt collector may place its business name on the envelope if such name does not indicate that the debt collector is in the debt collection business.

21. 15 U.S.C. § 1692f(8)'s prohibition applies to language and symbols both on the envelope, and language and symbols visible through any glassine window of the envelope. *See, Douglass v. Convergent Outsourcing*, 765 F.3d 299 (3rd Cir 2014).

22. 15 U.S.C. § 1692f(8) prohibits a debt collector's disclosure of the debtor's account number on the envelope. *Id.*

23. 15 U.S.C. § 1692f(8) prohibits a debt collector's disclosure of the debtor's account number by making such visible through any glassine window of the envelope. *Id.*

24. Defendant used an envelope with a glassine window in its mailing to Plaintiff.

25. Visible through the glassine window of the envelope was a bar code.

26. The bar code visible through the glassine window can be easily scanned by anyone with a smartphone, as bar code scanning applications are easily accessible to the public free of charge.

27. Defendant disclosed Plaintiff account number in its mailing to Plaintiff by making such barcode visible through the glassine window of the envelope.

28. Defendant used language other than Defendant's address and business name, on the envelope it sent to Plaintiff.

29. Defendant has violated § 1692f by using language other than Defendant's address and business name on the envelope it sent to Plaintiff.

30. Defendant has violated § 1692f by disclosing Plaintiff account number in its

3

mailing to Plaintiff.

## JURY DEMAND

31. Plaintiff hereby demands a trial of this action by jury.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully requests judgment as follows:

    a. Statutory damages against Defendant pursuant to 15 U.S.C. § 1692k of $1,000.00; and

    b. Plaintiff's attorneys' fees pursuant to 15 U.S.C. § 1692k; and

    c. Plaintiff's costs; together with

    d. Such other relief that the Court determines is just and proper.

DATED: December 7, 2015

BARSHAY SANDERS, PLLC

By: _____
Melissa A. Pirillo, Esq.
BARSHAY SANDERS, PLLC
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
*ConsumerRights@BarshaySanders.com*
*Attorneys for Plaintiff*
Our File No.: 109845

# EXHIBIT 1

**PENNCRO**
*ASSOCIATES, INC.*
A FINANCIAL SERVICES COMPANY
PO Box 3003
Phoenixville, PA 19460

Do not send correspondence to this address.

OFFICE HOURS: MON - THU: 8AM - 9PM EST;
FRI: 8AM - 5PM EST

May 7, 2015

687 - 36

Jeremey Impellizzeri
7 Shamrock Rd
Rocky Point, NY 11778-8691

| STATEMENT OF ACCOUNT | |
|---|---|
| NAME: | Jeremey Impellizzeri |
| CLAIM #: | ▓0829 |
| CREDITOR: | AMERICAN HONDA FINANCE CORP |
| REGARDING: | PAST DUE AUTO DEFICIENCY |
| ACCOUNT #: | ▓8778 |
| BALANCE DUE: | $10,432.83 |

Dear Jeremey Impellizzeri:

The above referenced debt has been placed with our office for collection.

Please contact us at the number below to make arrangements for payment.

Any payments made on this account should be made payable to AMERICAN HONDA FINANCE CORP and mailed to our office in the return envelope provided.

Sincerely,
Penncro Associates
800-684-7620

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment, if one exists, and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

**SEE REVERSE SIDE FOR IMPORTANT INFORMATION**
---------------- Please detach here and enclose bottom portion with your payment ----------------

| STATEMENT OF ACCOUNT | |
|---|---|
| NAME: | Jeremey Impellizzeri |
| CLAIM #: | ▓0829 |
| CREDITOR: | AMERICAN HONDA FINANCE CORP |
| REGARDING: | PAST DUE AUTO DEFICIENCY |
| ACCOUNT #: | ▓8778 |
| FOR QUESTIONS CALL: | 800-684-7620 |
| BALANCE DUE: | $10,432.83 |

AMOUNT ENCLOSED: $_____

Mail all other correspondence to:
95 James Way, Suite 113
Southampton, PA 18966-3847

Mail payment to:
Penncro Associates, Inc.
PO Box 1878
Southampton, PA 18966-9998

☐ Please check here if your address or phone number has changed.
Please indicate changes below.

NAME _____
ADDRESS _____
CITY / STATE / ZIP _____
PHONE _____

9

687-1200-36

We are required under certain State and Local laws to notify consumers of those states or localities of their rights. The following does not contain a complete list of the rights consumers have under Federal, State or Local laws:

## NEW YORK

### Prohibited Actions Notice

Debt collectors, in accordance with the Fair Debt Collection Practices Act, are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to:
(i) the use or threat of violence;
(ii) the use of obscene or profane language; and
(iii) repeated phone calls made with the intent to annoy, abuse, or harass.

### Exempt Income Notice

If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:
1. Supplemental security income, (SSI);
2. Social security;
3. Public assistance (welfare);
4. Spousal support, maintenance (alimony) or child support;
5. Unemployment benefits;
6. Disability benefits;
7. Workers' compensation benefits;
8. Public or private pensions;
9. Veterans' benefits;
10. Federal student loans, federal student grants, and federal work study funds; and
11. Ninety percent of your wages or salary earned in the last sixty days.

New York City Department of Consumer Affairs license numbers 1081441 and 1379313.

**PENNCRO**
*ASSOCIATES, INC.*
*A FINANCIAL SERVICES COMPANY*
PO Box 3003
Phoenixville, PA 19460

Do not send correspondence to this address.

OFFICE HOURS: MON - THU: 8AM - 9PM EST;
FRI: 8AM - 5PM EST

Jun 15, 2015

687 - 318

Jeremey Impellizzeri
7 Shamrock Rd
Rocky Point, NY 11778-8691

| STATEMENT OF ACCOUNT | |
|---|---|
| NAME: | Jeremey Impellizzeri |
| CLAIM #: | ▊0829 |
| CREDITOR: | AMERICAN HONDA FINANCE CORP |
| REGARDING: | PAST DUE AUTO DEFICIENCY |
| ACCOUNT #: | ▊8778 |
| BALANCE DUE: | $10,432.83 |

Dear Jeremey Impellizzeri:

This account is eligible for a reduced settlement. Please call our office at the phone number listed below in order to take advantage of this settlement opportunity.

Sincerely,
Penncro Associates
800-684-7620

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

**New York City** - New York City Department of Consumer Affairs license numbers 1081441 and 1379313

------------------ Please detach here and enclose bottom portion with your payment ------------------

| STATEMENT OF ACCOUNT | |
|---|---|
| NAME: | Jeremey Impellizzeri |
| CLAIM #: | ▊0829 |
| CREDITOR: | AMERICAN HONDA FINANCE CORP |
| REGARDING: | PAST DUE AUTO DEFICIENCY |
| ACCOUNT #: | 1▊8778 |
| FOR QUESTIONS CALL: | 800-684-7620 |
| BALANCE DUE: | $10,432.83 |

AMOUNT ENCLOSED: $_____

Mail all other correspondence to:
95 James Way, Suite 113
Southampton, PA 18966-3847

Mail payment to:
Penncro Associates, Inc.
PO Box 1878
Southampton, PA 18966-9998

☐ Please check here if your address or phone number has changed. Please indicate changes below.
NAME _____
ADDRESS _____
CITY / STATE / ZIP _____
PHONE _____

7

687-1200-318